UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

BEAR OMNIMEDIA LLC,    )
          )
   Plaintiff,     )
          )
 v.          )  2:10-CV-01079-PMP-PAL
          )
RICK LASSITER,     )  <u>ORDER</u>
          )
   Defendant.    )
_____)

IT IS ORDERED that the Court will hold a hearing on Plaintiff's Motion for TRO (Doc. #11) on Monday, July 26, 2010 at 11:30 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

IT IS FURTHER ORDERED that Plaintiff shall immediately notify Defendant of the hearing, and shall forthwith serve Defendant with any documents that are presently on file in this action, together with a copy of this Order.

DATED: July 6, 2010

_____
PHILIP M. PRO
United States District Judge